**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7663

MUHAMMAD ABD SALEEM EURY,

Plaintiff - Appellant,

versus

M. SANDSTROM; S. MULLINS, Sergeant; D. CARLAN;
M. BOSTIC; B. RIFE; SERGEANT JOHNSON; M.
VANDYKE, Sergeant; K. MCCLANANAHN, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Magistrate Judge. (CA-00-930-7)

Submitted: December 20, 2001        Decided: January 9, 2002

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Muhammad Abd Saleem Eury, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muhammad Abd Saleem Eury appeals the magistrate judge's order denying his motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED